## 44966. ANSLEY v. MOSS.

HALL, Presiding Judge. 1. Appellant's complaint alleged that defendant was indebted to him in the amount of $2,000 by reason of a check for the same amount, a copy of which was attached. The trial court granted defendant's motion to dismiss for failure to state a claim upon which relief could be granted.

Construing the pleadings *for* appellant, it cannot be said beyond doubt that he is unable to prove any set of facts that would entitle him to any relief. *Martin v. Approved Bancredit Corp.,* 224 Ga. 550 (163 SE2d 885); *Byrd v. Ford Motor Co.,* 118 Ga. App. 333 (163 SE2d 327).

2. Appellee's motion to dismiss this appeal is denied. *Hearn v. DeKalb County,* 118 Ga. App. 730 (165 SE2d 467).

    *Judgment reversed. Deen and Evans, JJ., concur.*

SUBMITTED JANUARY 12, 1970—DECIDED JANUARY 21, 1970.

*B. Hugh Ansley,* for appellant.
*Stephen J. Olah,* for appellee.